# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| NIGERIA LEE HARVEY, | Civil No. 19-2866 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| SARAH LINDAHL-PFIEFFER, et al, | |
| Defendants. | |

Nigeria Lee Harvey, OID# 219949, MCF – Stillwater, 970 Pickett Street North, Bayport, MN 55003, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 17, 2019, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2020
at Minneapolis, Minnesota

                                       s/John R. Tunheim_____
                                       JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court